# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 7, 2007

Charles R. Fulbruge III
Clerk

No. 06-31211

FREDDIE SMITH; LORI SMITH

Plaintiffs-Appellants

V.

MICHAEL J FIFTHIAN; KEITH SCHONHERR; JORDAN ARNOLD, JR;
VERNON L CANNON; LADD TRUCKING INC; CAROLINA CASUALTY
INSURANCE CO

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:03-CV-2076

Before KING, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:*

AFFIRMED.  See 5th Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.